# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : No. 346 COMMON PLEAS |
| | : |
| APPOINTMENT OF ADMINISTRATIVE | : JUDICIAL CLASSIFICATION DOCKET |
| JUDGE OF THE FAMILY DIVISION OF | : |
| THE COURT OF COMMON PLEAS OF | : |
| ALLEGHENY COUNTY, FIFTH JUDICIAL | : |
| DISTRICT OF PENNSYLVANIA | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2017, pursuant to Pa.R.J.A. No. 706(d), the Honorable Kim D. Eaton is hereby appointed as Administrative Judge of the Family Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District of Pennsylvania, effective January 3, 2018.  Such appointment shall be at the pleasure of the Court until such time as this Court by subsequent order appoints a new administrative judge.